Holland Enterprises, Inc., Appellant *v.*
Neshaminy School District, Appellee.

Argued June 3, 1985, before Judges ROGERS and DOYLE, and Senior Judge BLATT, sitting as a panel of three.

William M. O'Connell, III, Barbin, Lauffer & O'Connell, for appellant.

Allen W. Toadvine, Marte & Toadvine, for appellee.

OPINION BY JUDGE ROGERS, July 30, 1985:

Holland Enterprises, Inc. (appellant), has appealed from a judgment entered against it in the Court of Common Pleas of Bucks County in the Neshaminy School District's assumpsit suit for unpaid business privilege taxes. We affirm the judgment on the able opinion of the trial judge, the Honorable EDWARD G. BIESTER, JR. reported at        D. & C. 3d        ( ).[1]

### ORDER

AND Now, this 30th day of July, 1985, the order of the Court of Common Pleas of Bucks County in the above-captioned matter is affirmed.

---

[1] Judge BIESTER cites our opinion in *Heisey v. Elizabethtown Area School District* as authority for the proposition that the General Assembly did not intend to include the construction of homes as a manufacturing process beyond a school district's taxing authority under the Local Tax Enabling Act. In *Heisey v. Elizabethtown Area School District*, 502 Pa. 571, 467 A.2d 818 (1983), the Supreme Court vacated our order on other grounds.